Shawn J. Lau, Esquire
Lau & Associates, P.C.
Attorney for Debtor
4228 St. Lawrence Avenue
Reading, PA 19606
610-370-2000 phone
610-370-0700 fax
shawn_lau@msn.com

### THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | |
|---|---|
| **RG AVIATION LLC** <br> **Debtor** | CHAPTER 11 <br><br> **Bankruptcy No.** 24-14201 |

### APPLICATION OF DEBTOR TO EMPLOY SHAWN J. LAU, ESQ. AND LAU & ASSOCIATES, P.C.

RG AVIATION LLC (hereinafter referred to as "Debtor"), requests the entry of an Order under Bankruptcy Code §1103, authorizing the Debtor to employ Shawn J. Lau, Esquire and Lau & Associates, P.C. ( hereinafter referred to as "Counsel") as its attorneys in the Chapter 11 case. In support, the Debtor states as follows:

1. On November 22, 2024, (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Code").

2. Since the Petition Date, the Debtor has been operating as a debtor-in-possession pursuant to §1107 and §1008 of the Code.

3. The Debtor has retained Counsel due to their experience in bankruptcy cases as well as other relevant experience. The Debtor believes that

Counsel is qualified to represent its interest in this case and related proceedings.

4. The services to be rendered by Counsel include the following:
   A. Advising the Debtor of its rights, powers and duties as debtor-in-possession;
   B. Assisting the Debtor in its investigation of the acts, conduct, assets, liabilities and financial condition of Debtor, the operation of Debtor's business and the desirability to continue such business;
   C. Advising and participation with the Debtor and performing services regarding the development of a plan or reorganization;
   D. Assisting the Debtor in requesting the appointment of a Trustee or Examiner in the event that the Committee determines that such action is necessary and appropriate; and
   E. Performing such other legal services as may be required and requested by the Debtor as being in the best interest of all of the Debtor's unsecured creditors.

5. The fees and expenses of Counsel for these services shall be accrued at the rates set out in Exhibit "A" attached hereto, subject to increase or change if, and to the extent, such rates may increase as a general matter or Lau & Associates, P.C.'s personnel may change during this case, subject to Court approval.

6. To the best of the Debtor's knowledge, all of Shawn J. Lau, Esquire and Lau & Associates, P.C.'s relationships to or connections with Debtor, and other parties in interest are disclosed in Declarations of Shawn J. Lau, Esquire, as required by Fed.R.Bankr.P. 2014 (see Exhibit "B").

7. To the best of the Debtor's knowledge, Shawn J. Lau, Esquire and Lau & Associates, P.C. do not hold or represent any interest adverse to the

interests of the Debtor with respect to the matters for which it is to be employed.

8. The appointment of a Trustee has not been requested in this case and notice of this application need be given only to the United States Trustee for this district and a hearing need not be held on this application unless promptly requested by the United States Trustee.

**WHEREFORE,** the Debtor requests the entry of an Order:

A. Authorizing the Debtor to employ Shawn J. Lau, Esquire and Lau & Associates, P.C. as its counsel to represent it in this Chapter 11 case, nunc pro tunc to the filing of this case;
B. Directing that all parties and interests serve Shawn J. Lau, Esquire and Lau & Associates, P.C. with notice of all pleadings and proceedings in this case;
C. Granting such other and further relief as the Court deems proper.

Date: November 22, 2024

By: _____  Sole Member
RG AVIATION LLC
Rafael Guerrero

**Approved by:**
_____
**Shawn J. Lau, Esquire**
Lau & Associates, P.C.
4228 St. Lawrence Avenue
Reading, PA 19606
Telephone: 610-370-2000
**Attorney for Debtor**