**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| RG Aviation LLC | : | |
| | : | Case No. 24-14201 (PMM) |
| | : | |
| Debtor. | : | |

# O R D E R

**AND NOW**, whereas the above-captioned debtor and debtor-in-possession (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code;

AND the Court having held a status conference on January 14, 2025;

AND the Debtor's proposed plan of reorganization having been filed on February 18, 2025 (doc. #50),

**IT IS HEREBY ORDERED** that the following dates and deadlines will govern the procedure of this case:

1. <u>Confirmation Hearing</u>. The Court shall hold a hearing on confirmation of the Debtor's plan of reorganization on **Tuesday, April 29, 2025, at 11:00 a.m.** in the United States Bankruptcy Court, the Gateway Building, Fourth Floor Courtroom, 201 Penn Street, Reading, PA 19601.

2. <u>Deadline to Make §1111(b)(2) Election</u>. A secured creditor that wishes to make an election under 11 U.S.C. §1111(b)(2) must do so no later than **Tuesday, April 22, 2025**.

3. <u>Objections to Plan</u>. **Tuesday, April 22, 2025**, is the deadline for filing and serving written objections to confirmation of the Debtor's plan of reorganization pursuant to Federal Rules of Bankruptcy Procedure 2002(b) and 3020(b)(1). ***Any party in interest objecting to the Debtor's plan of reorganization, including the proposed treatment of any claim or interest under the plan, must file and serve a timely objection in accordance with this Scheduling Order and the applicable rules***.

4. <u>Voting on the Plan</u>. **Tuesday, April 22, 2025,** is the deadline for submitting acceptances or rejections of the Debtor's plan of reorganization. Acceptances and rejections must be submitted to the Debtor's attorney:

    **SHAWN J. LAU
    Lau & Associates
    4228 St. Lawrence Avenue
    Reading, PA 19606**

5. <u>Report of Plan Voting</u>. **On or Friday, April 25, 2025,** the Debtor shall file a report of plan voting with the Court.

6. <u>Service of Plan Documents</u>. **On or before Tuesday, February 25, 2025**, the Debtor shall serve a copy of **this Scheduling Order, Debtor's plan of reorganization, and ballot** on all creditors, equity security holders, other parties in interest, the Subchapter V Trustee, and the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d).

7. <u>Certificate of Service of Plan Documents</u>. **On or before Friday, February 28, 2025**, the Debtor shall file a certificate of service of this Scheduling Order, Debtor's plan of reorganization, and ballot with the Court.

Date:  February 19, 2025

*Patricia M. Mayer*

**PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE**