UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| RG AVIATION LLC., | : | Subchapter V |
| Debtor | : | |
| | : | BKY. NO. 24-14201 PMM |

### ORDER CONFIRMING SUBCHAPTER V CONSENSUAL PLAN OF REORGANIZATION PURSTANT TO SECTION 1191(a)

AND NOW, the 3rd Modified Plan under Subchapter V of Chapter 11 of the Bankruptcy Code ("the Plan") (*Dkt, No*. 75) having been filed by the Debtor; and it having been determined, after notice and hearing on July 1, 2025, that the requirements for confirmation set forth in 11 U.S.C.§ 1191(a) have been satisfied, it is therefore ORDERED that:

1. The Plan is CONFIRMED pursuant to 11 U.S.C.§ 1191(a);

2. The Debtor shall be responsible for making distributions according to the Plan; and

3. The Debtor shall file quarterly distributions reports per Local Rule 3021-1.

Date: **July 1, 2025**

*Patricia M. Mayer*

The Honorable Patricia M. Mayer
United States Bankruptcy Judge